## METZGER v METZGER

Ohio Appeals, 6th Dist, Lucas Co

No 2094, Decided Dec 24, 1928

Boggs & Doty, Toledo, for plaintiff in error.

Fraser, Hiett, Wall and Effler, Toledo, for defendant in error.

RICHARDS, J

The entire matter having been adjusted by contract between the parties and approved by the court, was not subject to modification in the absence of fraud or mistake, as has frequently been held by the Supreme Court and by this court.

The subsequent orders are modified to conform to the original entry of the court and as modified are affirmed.

Williams and Lloyd, JJ, concur.